UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Larry Lomax, *et al.*** | * | |
| **Plaintiff,** | * | |
| v. | | |
| | * | **Civil No. 1:16-cv-01612-JKB** |
| **Christopher O'Ree, et al.** | | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT STATEMENT CONCERNING REMOVAL

Pursuant to the Standing Order Concerning Removal, the parties to the removal state as follows:

1. Defendants Baltimore Police Department, Anthony Batts, and the State of Maryland were served on April 29, 2016. The remaining defendants have not been served.

2. All defendants join and/or consent to the removal of this case.

3. Counsel for all defendants have approved this statement and consent to its filing on their behalf by counsel for the Baltimore Police Department.

Respectfully Submitted,

_____/s/_____
Colin P. Glynn, Bar No. 23731
    (443) 683-2287
Sharon A. Snyder, Bar. No. 06823

(443) 934-1620
Office of Legal Affairs
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Email:
colin.glynn@baltimorepolice.org
sharon.snyder@baltimorepolice.org
*Attorneys for the Baltimore Police Department
and Anthony Batts*


BRIAN E. FROSH
Attorney General of Maryland

/s/ Meghan K. Casey_____
MEGHAN K. CASEY (Bar No. 28958)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
mcasey@oag.state.md.us
(410) 576-6326
(410) 576-6955 (fax)


_____/s/_____
Neil E. Duke (Fed. Bar No. 14073)
neduke@ober.com
Christopher C. Dahl (Fed. Bar. No. 29649)
ccdahl@ober.com
Ober, Kaler, Grimes & Shriver
100 Light Street
Baltimore, Maryland 21202
(410) 347-7398, (443) 263-7598 – Fax
*Attorneys for Defendants Christopher O'Ree,
Keith Gladstone, Joseph Landsman,
Robert Hankard, and Mark Neptune*


_____/s/_____
Dennis M. Robinson, Jr. (Bar No. 27047)
Sidney A. Butcher (Bar No. 28756)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636

(410) 347-8700
drobinson@wtplaw.com
sbutcher@wtplaw.com
*Attorneys for Defendants,*
*Detective Daniel Hersl*
*and Officer James Craig, III*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this third day of June 2016, a copy of the foregoing Statement Concerning Removal was served via the court's electronic filing and notice service on all counsel of record.

_____/s/_____
Colin P. Glynn