IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY LOMAX, et al.,

  Plaintiffs,

  v.    Civil Action No. 1:16-cv-01612-JKB

LIEUTENANT CHRISTOPHER
REE, et al.,

  Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

[PROPOSED] ORDER

Upon consideration of the Motion for Extension of Time by the State of Maryland, it is this ___7___ day of ___June___, 2016, hereby

ORDERED that the Motion for Extension of Time is GRANTED, and the State of Maryland may file its response to the plaintiffs' Complaint on or before June 6, 2016.

_____
The Honorable James K. Bredar