UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LARRY LOMAX, ET AL. | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 1:16-cv-01612-JKB |
| CHRISTOPHER O'REE, ET AL. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO REMAND

Upon consideration of the Plaintiffs' Motion to Remand, Plaintiffs' letter to this Court dated June 16, 2016, Plaintiffs' agreement that the Complaint at issue only sets forth state claims and does not set forth any federal claims, and the Defendants' consent to remand,

**IT IS HEREBY ORDERED**, that the above-captioned matter is remanded to the Circuit Court for Baltimore City for lack of subject matter jurisdiction in accordance with 28 U.S.C. § 1447(c); and

**IT IS FURTHER ORDERED**, that this remand is non-appealable under 28 U.S.C. § 1447(d); and

**IT IS FURTHER ORDERED**, that pursuant to the Plaintiffs' withdrawal of their request for attorney's fees and expenses, fees and expenses will not be awarded.

**IT IS SO ORDERED.**

Date: 6/16/16

James K. Bredar
United States District Judge